IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WebSock Global Strategies LLC,** | Case No. 6:23-cv-747 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Plivo Inc.,** | |
| Defendant. | |

### NOTICE OF RELATED CASE (Western District of Texas)

| **Case Name** | **Case Number** | **Active Judge** | **Case Filing Date** |
|---|---|---|---|
| WebSock Global Strategies LLC v. Cloudflare, Inc. | 6:23-cv-00746 | N/A | 11/2/2023 |

Dated: November 2, 2023

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
600 Mamaroneck Ave STE 400
Harrison, NY 10528
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**WebSock Global Strategies LLC**

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on November 2, 2023 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff