FILED
NOV 6 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK


# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **WEBSOCK GLOBAL STRATEGIES LLC,** | § § § | |
| Plaintiff, | § | |
| v. | § | Case No. WA-23-CV-0747-AM |
| | § | |
| **PLIVO INC.,** | § | |
| Defendant. | § § | |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1) and the Local Rules for the United States District Court for the Western District of Texas, Appendix C, Rules 1 and 2, this matter is hereby referred to United States Magistrate Judge Derek Gilliland for the resolution of all non-dispositive pretrial matters, and for the preparation of reports and recommendations to this Court in dispositive pretrial matters. This referral includes the management and oversight of discovery, pretrial scheduling, and any claim construction hearing held pursuant to *Markman v. Westview Instruments*, 517 U.S. 370 (1996). This referral will continue until further order of the Court.

SIGNED and ENTERED on this 6th day of November, 2023.

ALIA MOSES
Chief United States District Judge