# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| WEBSOCK GLOBAL STRATEGIES LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 6:23-cv-00747-AM-DTG |
| PLIVO INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLIVO INC.

Date: 11/28/2023

/s/ Eric J. Klein
*Attorney's signature*

Eric J. Klein (Texas State Bar No. 24041258)
*Printed name and bar number*
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, TX 75201

*Address*

eklein@velaw.com
*E-mail address*

(214) 220-7700
*Telephone number*

(214) 220-7716
*FAX number*