# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| WEBSOCK GLOBAL STRATEGIES LLC<br>*Plaintiff*<br>v.<br>PLIVO INC.<br>*Defendant* | )<br>)<br>) Case No. 6:23-cv-00747-AM-DTG<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLIVO INC.

Date: 11/28/2023

/s/ Jeffrey T. Han
*Attorney's signature*

Jeffrey T. Han (Texas State Bar No. 24069870)
*Printed name and bar number*
VINSON & ELKINS L.L.P.
200 West 6th Street, Suite 2500
Austin, TX 78701

*Address*

jhan@velaw.com
*E-mail address*

(512) 542-8400
*Telephone number*

(512) 542-8612
*FAX number*