# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WEBSOCK GLOBAL STRATEGIES LLC. § | | |
| § | | |
| Plaintiff, § | | |
| § | CIVIL ACTION NO. 6:23-cv-00747 | |
| § | | |
| vs. § | | |
| § | JURY TRIAL DEMANDED | |
| § | | |
| PLIVO INC. § | | |
| § | | |
| Defendant. § | | |

## DEFENDANT PLIVO INC.'S DISCLOSURE STATEMENT
## PURSUANT TO RULE 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendant Plivo Inc. ("Plivo") respectfully provides the following:

Plivo states that it is a corporation organized under the laws of the State of Delaware that does not have a parent corporation. No publicly held corporation owns more than 10% of the stock of Plivo.

Dated: November 28, 2023　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Eric J. Klein
　　　　　　　　　　　　　　　　　Eric J. Klein
　　　　　　　　　　　　　　　　　Texas State Bar No. 24041258
　　　　　　　　　　　　　　　　　Email: eklein@velaw.com
　　　　　　　　　　　　　　　　　VINSON & ELKINS L.L.P.
　　　　　　　　　　　　　　　　　2001 Ross Avenue, Suite 3900
　　　　　　　　　　　　　　　　　Dallas, TX  75201
　　　　　　　　　　　　　　　　　Telephone:  (214) 220-7700
　　　　　　　　　　　　　　　　　Facsimile:   (214) 220-7716
　　　　　　　　　　　　　　　　　Email:  eklein@velaw.com

　　　　　　　　　　　　　　　　　Jeffrey T. Han
　　　　　　　　　　　　　　　　　Texas State Bar No. 24069870
　　　　　　　　　　　　　　　　　VINSON & ELKINS L.L.P.
　　　　　　　　　　　　　　　　　200 West 6th Street, Suite 2500
　　　　　　　　　　　　　　　　　Austin, Texas 78701

Telephone: (512) 542-8400
Facsimile: (512) 542-8612
Email: jhan@velaw.com

ATTORNEYS FOR DEFENDANT
PLIVO INC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing on November 28, 2023, via the Court's CM/ECF system.

*/s/ Eric J. Klein*
Eric J. Klein