IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WEBSOCK GLOBAL STRATEGIES LLC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 6:23-cv-00747 |
| | § | |
| vs. | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
| PLIVO INC. | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Plivo Inc. ("Plivo") respectfully moves the Court to extend the time for Plivo to answer, move, or otherwise respond to Plaintiff's Complaint for Patent Infringement ("Complaint") up to and including January 19, 2024. Plaintiff does not oppose this motion.

Plaintiff filed its Complaint (Dkt. 1) on November 2, 2023. Plivo was served with the summons and Complaint on November 14, 2023. The current deadline for Plivo to answer, move, or otherwise respond to Plaintiff's Complaint is December 5, 2023. This is Plivo's first request for an extension of time. Counsel for Plaintiff and Defendant have conferred regarding this motion and Plaintiff does not oppose.

Accordingly, Plivo respectfully requests that the Court extend Plivo's time to answer, move, or otherwise respond to Plaintiff's Complaint up to and including January 19, 2024.

Dated:  November 30, 2023

Respectfully submitted,

*/s/ Eric J. Klein*
Eric J. Klein
Texas State Bar No. 24041258
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, TX  75201
Telephone:  (214) 220-7700
Facsimile:   (214) 999-7782
Email:  eklein@velaw.com

Jeffrey T. Han
Texas State Bar No. 24069870
VINSON & ELKINS L.L.P.
200 West 6th Street, Suite 2500
Austin, TX  78701
Telephone:  (512) 542-8400
Facsimile:   (512) 542-8612
Email:  jhan@velaw.com

ATTORNEYS FOR DEFENDANT
PLIVO INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing on November 30, 2023, via the Court's CM/ECF system.

*/s/ Eric J. Klein*
Eric J. Klein