**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| WEBSOCK GLOBAL STRATEGIES LLC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 6:23-cv-00747 |
| | § | |
| vs. | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
| PLIVO INC. | § | |
| | § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO**
**PLAINTIFF'S COMPLAINT**

The Court, having considered Defendant Plivo Inc.'s Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Complaint (the "Motion") finds the Motion should be **GRANTED.**

IT IS THEREFORE ORDERED that the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint (Dkt. 1) is extended up to and including January 19, 2024.

SIGNED this _____ day of _____, 2023.

_____
HONORABLE DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE