# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| WEBSOCK GLOBAL STRATEGIES LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:23-cv-00747-AM-DTG |
| PLIVO INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLIVO INC.

Date:   12/04/2023

/s/ Michael D. Schiller
*Attorney's signature*

Michael D. Schiller (Texas State Bar No. 24125847)
*Printed name and bar number*

VINSON & ELKINS L.L.P.
200 West 6th Street, Suite 2500
Austin, TX  78701

*Address*

mschiller@velaw.com
*E-mail address*

(512) 542-8400
*Telephone number*

(512) 542-8612
*FAX number*