# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WEBSOCK GLOBAL STRATEGIES LLC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | C.A. NO. 6:23-cv-00747-AM-DTG |
| | § | |
| vs. | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
| PLIVO INC. | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Plivo Inc. ("Plivo") respectfully moves the Court to extend the time for Plivo to answer, move, or otherwise respond to Plaintiff's Complaint for Patent Infringement ("Complaint") up to and including February 2, 2024. Plaintiff does not oppose this motion.

Plaintiff filed its Complaint (Dkt. 1) on November 2, 2023. Plivo was served with the summons and Complaint on November 14, 2023. On December 5, 2023, the Court granted Plivo's first unopposed request for extension of time to answer, move, or otherwise respond to Plaintiff's Complaint and the current deadline is January 19, 2024.

The current pleading is Plivo's second request for an extension of time. Counsel for Plaintiff and Defendant have reached an agreement in principle to resolve their dispute, and Plivo respectfully requests an additional fourteen (14) days to answer, move, or otherwise respond to Plaintiff's Complaint to allow the parties to finalize a settlement. The parties have conferred regarding this motion and Plaintiff does not oppose.

Accordingly, Plivo respectfully requests that the Court extend Plivo's time to answer, move, or otherwise respond to Plaintiff's Complaint up to and including February 2, 2024.

Dated: <u>January 16, 2024</u>

Respectfully submitted,

<i>/s/ Eric J. KLein</i>
Eric J. Klein
Texas State Bar No. 24041258
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Telephone: (214) 220-7700
Facsimile: (214) 999-7782
Email: eklein@velaw.com

Jeffrey T. Han
Texas State Bar No. 24069870
Michael D. Schiller
Texas State Bar No. 24125847
VINSON & ELKINS L.L.P.
200 West 6th Street, Suite 2500
Austin, TX 78701
Telephone: (512) 542-8400
Facsimile: (512) 542-8612
Email: jhan@velaw.com
Email: mschiller@velaw.com

ATTORNEYS FOR DEFENDANT PLIVO INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing on January 16, 2024, via the Court's CM/ECF system.

<i>/s/ Eric J. Klein</i>
Eric J. Klein