IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WEBSOCK GLOBAL STRATEGIES LLC. | § § | |
| Plaintiff, | § § | C.A. NO. 6:23-cv-00747-AM-DTG |
| vs. | § § § | JURY TRIAL DEMANDED |
| PLIVO INC. | § § § | |
| Defendant. | § | |

## [PROPOSED] ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The Court, having considered Defendant Plivo Inc.'s Second Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Complaint (the "Motion"), finds the Motion should be **GRANTED.**

IT IS THEREFORE ORDERED that the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint (Dkt. 1) is extended up to and including February 2, 2024.

SIGNED this _____ day of _____, 2024.

_____
HONORABLE DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE