**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **WebSock Global Strategies LLC,** | Case No. 6:23-cv-00747-AM-DTG |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Plivo Inc.,** | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The request to dismiss this matter with prejudice is hereby GRANTED.

**SIGNED** this day_____ of_____ 2024.

_____
Chief Judge Alia Moses
UNITED STATES DISTRICT JUDGE